McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS B. WATT III,<br><br>         Plaintiff,<br><br> v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of<br> Social Security,<br><br>         Defendant. | CASE NO. 2:04-CV-00099-PAN<br><br>STIPULATION AND [proposed]<br>ORDER RE CLARIFICATION OF<br>THE COURT'S MAY 19, 2005<br>MEMORANDUM OF DECISION |

    The parties to this action respectfully request that the Court issue the attached proposed order clarifying its May 19, 2005 Memorandum of Decision, regarding whether this case is reversed and remanded for further proceedings or for a grant of benefits.  The parties feel that a specific directive either to remand for further proceedings, or, if appropriate, for a grant of benefits, will serve to ensure proper effectuation of the Court's decision in this case without undue delay.

    The parties further stipulate that counsel for Plaintiff will provide a facsimile of this stipulation bearing counsel's signature for retention in Defendant's case file, and hereby authorizes counsel for Defendant to file this document in PDF format under the latter's Electronic

1

Case Filing password, pursuant to Local Rule 7-131.

DATED: June 28, 2005                         /s/ Richard G. Grogan
                                             RICHARD G. GROGAN
                                             Attorney at Law

                                             Attorney for Plaintiff

DATED: June 28, 2005                         McGREGOR W. SCOTT
                                             United States Attorney

                                       By:   /s/ Bobbie J. Montoya
                                             BOBBIE J. MONTOYA
                                             Assistant U. S. Attorney

                                             Attorneys for Defendant

OF COUNSEL:

LUCILLE GONZALES MEIS
Chief Counsel, Region IX
JACQUELINE A. FORSLUND
Assistant Regional Counsel

Social Security Administration

## ORDER

Pursuant to the stipulation of the parties herein, the Memorandum of Decision issued May 19, 2005 is hereby clarified as follows:

The administrative decision in this case is hereby reversed and remanded for further proceedings consistent with the Court's Memorandum of Decision.

SO ORDERED.

Dated: June 29, 2005.

                                              /s/ Peter A. Nowinski
                                             PETER A. NOWINSKI
                                             Magistrate Judge